FILED IN
1ST COURT OF APPEALS
HOUSTON, TEXAS

OCT 15 2015

CHRISTOPHER A. PRINE
CLERK

Case Number
01-14-01019-CR

| | | |
|---|---|---|
| Hung Le, Appellant | § | COURT OF APPEALS |
| | § | 1ST DISTRICT |
| State of Texas, Appellee | § | HOUSTON, TEXAS |

### Pro se Motion for Extension of Time to File Response to *Anders* Brief

To the Honorable Justices of said Court:

Appellant's appointed counsel file a brief in the above styled and numbered cause pursuant to *Anders v. California*, 386 U.S. 738 (1967).

Appellant filed a pro se request for access to the clerk's record and reporter's record in preparation for use in preparing his pro se response to counsel's brief and included a motion for extension of time to respond to counsel's *Anders* brief.

This Honorable Court granted said extension which is set to expire on **November 2, 2015.**

Appellant is in the transit to another Unit in safekeeping area and currently confined in the Life Division of the Texas Department of Justice Center in Huntsville Unit, and has suffered yet another epileptic seizure, caused scalp laceration and became hospitalized at Huntsville Memorial Hospital on 9/29/2015 and was ordered by Doctor Windham to remove staples within 7 days (please see attached hospital's report) during his period of extension and appeal response filing. As a result, Appellant has become confused, disoriented, and has shown

Due to Appellant's financial hardship to hire a private counsel, non-accessible permission for any assistance due to past 50 day safety confinement, now in transit to a new unit, recurring seizures, and incompetency mental condition, Appellant now respectfully requests the Court grant him another Appellate Public Defender Bob Wicoff to substitute Public Defendant Crowley's withdrawal and additional sixty (60) days from the granting of the motion to retain another Appellate Public Defender or find an outside assistance and allow time for that professional to help Appellant prepare and file a timely pro se response to counsel's brief and a writ of Habeas Corpus as advised by Appellate Public Defender Crowley.

Respectfully submitted,

_Hung Le_

Hung Le, Pro se Appellant
HUNTSVILLE Unit, TDCJ# 01966229
HUNTSVILLE, Texas 77348

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this the 12 day of 10-OCTORBER 2015, a true and correct copy of the foregoing Motion for Extension of Time to File Response to Counsel's *Anders* Brief was served by U.S. mail on the :

Harris County District Attorney's Office
1200 Franklin, Suite 600
Houston, Texas 77002

_Hung Le_

Pro se Appellant



Date: 09/29/15
Account No: H00001033625
Unit No: M000202557
Patient: LE,HUNG 1966229
Location: ER
Physician: WINDHAM,WILLIAM A

## Patient Visit Information

**You were seen today for:**

Seizure
Scalp laceration
Phenytoin overdose

## Staff

Your caregivers today were:

Physician: WINDHAM,WILLIAM A
Nurse: TOG

## Activity Restrictions or Additional Instructions

STAPLES OUT IN 7 DAYS. THE PATIENT'S PHENYTOIN SHOULD BE TAKEN OUT OF THE CELL AND DISPENSED TO HIM AT DOSING TIMES. HE SHOULD BE OBSERVED TAKING THE PHENYTOIN
TO MAKE SURE HE HAS TAKEN IT.

## Follow-up

Please contact the following to make an appointment for follow-up care:

TDCJ,PRIMARY CARE DOC

Note: Your health care plan may require a referral from your primary care provider prior to making an appointment.

## Discharge Form

The exam and treatment which you have received has been on an EMERGENCY BASIS ONLY. It is not intended to substitute or replace complete medical care.

It is advised that you follow the recommendations below:

1. If complications arise, call your doctor immediately. If the doctor cannot be reached return to the Emergency Department at once.

2. Have your prescriptions filled and follow the directions on the label.

3. The x-ray report by the Emergency Physician is NOT a final report. A



Date: 09/29/15
Account No: H00001033625
Unit No: M000202557
Patient: LE,HUNG 1966229
Location: ER
Physician: WINDHAM,WILLIAM A

radiologist will interpret your x-rays and confirm the diagnosis of the Emergency Physician.

FILED IN
1ST COURT OF APPEALS
HOUSTON, TEXAS

OCT 15 2015

CHRISTOPHER A. PRINE

CLERK_____

10-12-2015

TO: MR CHRISTOPHER A. PRINE

How is LIFE BEEN STREATING You. SIR MAY. BE BY NOW you KNOW ME ALREADY BECAUSE you BEEN HELPING ME FOR THE (APPEALS) FOR COUPLE (EXTENSION).

My NAME is HUNG - LE # 01966229

I USED TO STAY AT (MICHAEL UNIT) ALMOST FOR A YEAR. AND ON 9/29/2015 THEY MOVE ME TO (HUNTSVILLE UNIT). IT good BECAUSE IT CLOSE TO HOUSTON CLOSE TO MY LAWYER and IT good FOR MY (APPEALS). AND AS SOON AS I got OFF THE BUS. I got ANOTHER (SEIZURE) AND THEY TOOK ME TO HUNTSVILLE - HOSPITAL give ME COUPLE STAPLES (STICH) ON MY HEAD AND SEND ME HOME.

* SO PLEASE THIS IS A LAST TIME I ask you A FAVOR would you give ME ANOTHER (EXTENSION) TIME FOR THE (APPEALS). TO MONTH 12 (DECEMBER) THANK-You VERY MUCH APPRECIATE
God BLESS

F: HUNG-LE # 01966229
HUNTSVILLE UNIT
815  12 ST
HUNTSVILLE, TX 77348

RECEIVED
FIRST COURT OF APPEALS
HOUSTON, TEXAS

OCT 15 2015

CHRISTOPHER A. PRINE
CLERK

NORTH HOUSTON TX 773

14 OCT 2015 PM 31

To: MR. CHRISTOPHER. A. PRINE
CLERK-OF-THE 1ST COURT-OF-APPEALS
301. FANNIN. ST # 208
HOUSTON, TX. 77002

7700220659

FOREVER